USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOMINGO ROSARIO FIGUEROA,  :
:
Petitioner,  :
: 16-CV-4469 (VEC)
-against-  :
: ORDER
UNITED STATES OF AMERICA,  :
:
Respondent.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2020, Petitioner filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. 29); and

WHEREAS on February 21, 2020, the Government filed an opposition to Petitioner's amended petition for relief (Dkt. 31);

IT IS HEREBY ORDERED THAT: No later than **April 3, 2020**, the Government is directed to submit a letter brief, no more than five pages, explaining whether Defendant's reference to a gun during a telephone conversation in which an extortionate threat was made, *see* Government's Opp., Dkt. 31 at 12, constitutes "use" of a gun "during and in relation to any crime of violence" under 18 U.S.C. § 924(c) as it existed at the time of Petitioner's conviction in 1991. Petitioner's response of no more than five pages is due by **April 10, 2020**.

**SO ORDERED.**

Date: March 26, 2020
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**