UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

-------------------------------------------------------- X
DOMINGO ROSARIO FIGUEROA,                    :
                                              :          16-CV-4469 (VEC)
                               Petitioner,    :          92-CR-0019
                                              :
              -against-                       :          ORDER
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                               Respondent.    :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Petitioner's resentencing is scheduled for **June 26, 2020 at 2:30 p.m.**;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **August 18, 2020 at 2:00 p.m.**  Both parties' sentencing submissions are due by **August 3, 2020**.

**SO ORDERED.**

Date:  **June 1, 2020**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**